**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SOLYN DAVID REAM,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3400** |
| | : | |
| **BERKS COUNTY JAIL/PRISON,** *et al.*, | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 6th day of July, 2026, upon consideration of Plaintiff Solyn David

Ream's Second Amended Complaint ("SAC"), (ECF No. 10), it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to **AMEND** the caption to reflect the

following Defendants named in the SAC:  (1) Prime Care Medical, Inc.; (2) Dr. Theodore

Dimitriou; (3) Dr. Lauren "Doe"; (4) "John Doe," identified as a "2nd Shift Corrections Officer"

at BCJ; (5) Corrections Officer Farnsworth; (6) Berks County; and (7) Susie "Doe."

2.      The SAC is **DISMISSED** for the reasons stated in the Court's Memorandum as

follows:

      a.  The constitutional claims are **DISMISSED WITH PREJUDICE** for failure

         to state a claim; and

      b.  The state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of

         subject matter jurisdiction.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**MARY KAY COSTELLO, J.**